FRANCES YVONNE WHITAKER, Appellant, *v.* HENRY T. and RUBY I. OLSSON, Respondents.

No. 6940

April 18, 1973                     508 P.2d 1014

*Charles Zeh,* Washoe County Legal Aid Society, for Appellant.

*Robert E. Rose,* District Attorney, and *William L. Hadley,* Deputy District Attorney, Washoe County, for Respondents.

**OPINION**

*Per Curiam:*

We are requested to annul a discretionary judgment of the district court terminating parental rights. Since there is substantial evidence supporting that judgment, we must affirm. Sernaker v. Ehrlich, 86 Nev. 277, 468 P.2d 5 (1970).